# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| , | * | CASE NO.: 2:18-cr-50 |
| | * | |
| v. | * | |
| | * | |
| ANDREW RILEY, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 503. No party to this case has filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendant's Motion to Suppress Evidence Obtained from Interception of Wire and Electronic Communications. Dkt. No. 304.

**SO ORDERED**, this 10 day of May, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA